IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOUGLAS B. LEUSCHEN,  )
        Petitioner,  )
          )
    v.  )  Civil Action No. 05-157 Erie
          )
COMMONWEALTH OF PA, et al,  )
        Respondents.  )

## DELINQUENCY NOTICE

The Court's record indicates that the Respondents' Response to the Petition for Writ of Habeas Corpus was to be filed by July 29, 2005. The Respondents are directed to file the response on or before August 10, 2005. Failure to comply with this notice may result in sanctions to be imposed by the Court.

Sincerely,

Leslie R. Wallen
Judicial Assistant/Courtroom Deputy
to Judge Baxter

cc: Douglas B. Leuschen
    Lisa Renee Stine, Esq.