# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### WESTERN DISTRICT OF PENNSYLVANIA
### P. O. BOX 1820
### ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

*file*

**ROBERT V. BARTH, JR.**
**CLERK OF COURT**
**814-464-9600**

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

August 15, 2005

Erie County Clerk of Courts
Erie County Courthouse
140 West Sixth Street
Erie, Pennsylvania 16501

Re:Commonwealth of Pennsylvania v Douglas Leuschen
Docket Number 696 of 1989

Douglas Leuschen v. Commonwealth of Pennsylvania, et.al
Civil Action No.05-157 ERIE U.S. District Court

Dear Sir:

I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

Please receipt for these records on the enclosed copy of this letter.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By
Jennifer Dash
Deputy Clerk

Enclosures