MISCELLANEOUS OFFENSES   18 § 6106

**§ 6106. Firearms not to be carried without a license**

(a) **Offense defined.**—No person shall carry a firearm in any vehicle or concealed on or about his person, except in his place of abode or fixed place of business, without a license therefore as provided in this subchapter.

(b) **Exceptions.**—The provisions of subsection (a) of this section shall not apply to:

(1) Constables, sheriffs, prison or jail wardens, or their deputies, policemen of this Commonwealth or its political subdivisions, or other law-enforcement officers.

(2) Members of the army, navy or marine corps of the United States or of the National Guard or organized reserves when on duty.

(3) The regularly enrolled members of any organization duly organized to purchase or receive such weapons from the United States or from this Commonwealth.

(4) The members of any organization incorporated under the laws of this Commonwealth engaged in target shooting with rifle, pistol, or revolver, if such members are at or are going to or from their places of assembly or target practice.

(5) Officers or employees of the United States duly authorized to carry a concealed firearm.

(6) Agents, messengers and other employees of common carriers, banks, or business firms, whose duties require them to protect moneys, valuables and other property in the discharge of such duties.

(7) Any person engaged in the business of manufacturing, repairing, or dealing in firearms, or the agent or representative of any such person, having in his possession, using or carrying a firearm in the usual or ordinary course of such business.

(8) Any person while carrying a firearm unloaded and in a secure wrapper from the place of purchase to his home or place of business, or to a place of repair or back to his home or place of abode or business to another.

(9) Persons licensed to hunt or fish in this Commonwealth, if such persons are actually hunting or fishing or are going to the places where they desire to hunt or fish or returning from such places.

(10) Persons training dogs, if such persons are actually training dogs during the regular training season.

(c) **Registration required.**—Before any exemption shall be granted under paragraphs (b)(9) or (b)(10) of this section to any person licensed to hunt

FIREARMS & OTHER DANGEROUS ARTICLES   18 § 6106

or fish or who desires to train dogs, such person shall at the time of securing his hunting or fishing license or any time after any such license has been issued, register with the county treasurer the make of the firearm he desires to carry, and the caliber and number thereof, on a blank to be furnished by the Pennsylvania State Police. The original registration shall be delivered to the person registering such firearm, and a copy thereof shall be forwarded by the county treasurer to the Commissioner of the Pennsylvania State Police. As of January 1, 1972, the county treasurer shall be entitled to collect a fee of 50 cents for each such registration of a firearm which fee shall be paid to the county. The registration of a firearm, as provided in this subsection, shall be good only for the year for which the hunting or fishing license in connection with which it is granted, is issued.

(d) **Revocation of registration.**—Any registration of a firearm under subsection (c) of this section may be revoked by the county treasurer who issued it, upon written notice to the holder thereof.

1972, Dec. 6, P.L. 1482, No. 334, § 1, effective June 6, 1973. As amended 1973, Oct. 12, P.L. 283, No. 81, § 1, effective June 6, 1973.

**Historical Note**

The 1973 amendment, in subsec. (c), inserted the reference to 1972 and, in the penultimate sentence, substituted "which" for "In all counties the treasurer shall retain 20 cents of each fee and the remaining 30 cents of each".

Prior laws:
1968, July 31, P.L. 802, § 1.
1968, July 30, P.L. 630, § 1.
1963, Aug. 13, P.L. 660, No. 346, § 1.
1961, Aug. 4, P.L. 921, § 1.
1953, July 27, P.L. 627, § 1.

1951, Aug. 17, P.L. 1241, § 1 (18 P.S. § 4628).
1943, May 21, P.L. 485, § 1.
1939, June 24, P.L. 872, §§ 628, 624, 625, 628 (18 P.S. §§ 4623, 4624, 4625 and 4628).
1931, June 11, P.L. 497, §§ 1 to 21.
1917, July 11, P.L. 817, §§ 1, 2 (18 P.S. § 4622).
1913, June 6, P.L. 454, §§ 1, 2 (18 P.S. § 4624).
1903, April 15, P.L. 136, §§ 1, 2 (18 P.S. § 4625).

**Administrative Code References**

Procedures and specifications for firearm record forms, see 37 Pa.Code § 33.1 et seq.

**Library References**

Weapons ⟺12.
C.J.S. Weapons § 11.
P.L.E. Weapons §§ 3, 4.

227

Exhibit #1