COMMONWEALTH OF PENNSYLVANIA : IN THE COURT OF COMMON PLEAS
              v.                                                        : OF ERIE COUNTY, PENNSYLVANIA
                                                               : CRIMINAL DIVISION
DOUGLAS BURTON LEUSCHEN             : No.   696   of 19 89

## INFORMATION

The District Attorney of Erie County by this information charges that on (or about) February 24th, 19 89, in the said County of Erie and State of Pennsylvania, the said DOUGLAS BURTON LEUSCHEN did carry a firearm in any vehicle or concealed a firearm on or about his person, to-wit: a .9mm semi-automatic firearm occurring at Old Lake Road, Erie, Pennsylvania, not being his place of abode or fixed place of business and not being exempted by the provisions of the Uniform Firearms Act; thereby the said DOUGLAS BURTON LEUSCHEN did commit the crime of FIREARMS NOT TO BE CARRIED WITHOUT A LICENSE, a misdemeanor of the first degree.

COUNT TWO:

AND THE DISTRICT ATTORNEY FURTHER CHARGES that on the day and year aforesaid in the said County of Erie and State of Pennsylvania, the said DOUGLAS BURTON LEUSCHEN did carry a firearm in any vehicle or concealed a firearm on or about his person, to-wit: a .357 caliber revolver occurring at Old Lake Road, Erie, Pennsylvania, not being his place of abode or fixed place of business and not being exempted by the provisions of the Uniform Firearms Act; thereby the said DOUGLAS BURTON LEUSCHEN did commit the crime of FIREARMS NOT TO BE CARRIED WITHOUT A LICENSE, a misdemeanor of the first degree.

COUNT THREE:

AND THE DISTRICT ATTORNEY FURTHER CHARGES that on the day and year aforesaid in the said County of Erie and State of Pennsylvania, the said DOUGLAS BURTON LEUSCHEN did carry a firearm in any vehicle or concealed a firearm on or about his person, to-wit: a .22 caliber revolver occurring at Old Lake Road, Erie, Pennsylvania, not being his place of abode or fixed place of business and not being exempted by the provisions of the Uniform Firearms Act; thereby the said DOUGLAS BURTON LEUSCHEN did commit the crime of FIREARMS NOT TO BE CARRIED WITHOUT A LICENSE, a misdemeanor of the first degree.

Exhibit #2