1276        Act 1988-158         LAWS OF PENNSYLVANIA

and the time when the same may be furnished, which permit shall be delivered to and kept by the warden or superintendent of the prison or mental hospital.
* * *

§ 6102. Definitions.

Subject to additional definitions contained in subsequent provisions of this subchapter which are applicable to specific provisions of this subchapter, the following words and phrases, when used in this subchapter shall have, unless the context clearly indicates otherwise, the meanings given to them in this section:

["Commissioner."] Any pistol or revolver with a barrel less than 12 inches, any shotgun with a barrel less than 24 inches, or any rifle with a barrel less than 15 inches.]

"Commissioner." The Commissioner of the Pennsylvania State Police.

"Conviction." A conviction as determined by the law of the jurisdiction in which the prosecution was held. The term does not include a conviction which has been expunged or overturned or for which an individual has been pardoned unless the pardon expressly provides that the individual may not possess or transport firearms.

"County treasurer." The county treasurer or, in home rule or optional plan counties, the person whose duties encompass those of a county treasurer.

"Crime of violence." Any of the following crimes, or an attempt, a solicitation or a conspiracy to commit any of the same, namely: murder, voluntary manslaughter, rape, aggravated assault, robbery, burglary, [entering a building with intent to commit a crime therein,] involuntary deviate sexual intercourse, arson, extortion accompanied by threats of violence, assault by prisoner, assault by life prisoner and kidnapping.

"Crime punishable by imprisonment exceeding one year." Does not include any of the following:
(1) Federal or State offenses pertaining to antitrust, unfair trade practices, restraints of trade or regulation of business.
(2) State offenses classified as misdemeanors and punishable by a term of imprisonment not to exceed two years.

"Firearm." Any pistol or revolver with a barrel less than 15 inches, any shotgun with a barrel less than 18 inches or any rifle with a barrel less than 16 inches, or any pistol, revolver, rifle or shotgun with an overall length of less than 26 inches. The barrel length of a firearm shall be determined by measuring from the muzzle of the barrel to the face of the closed action, bolt or cylinder, whichever is applicable.

"Sheriff."
(1) Except as provided in paragraph (2), the sheriff of the county.
(2) In a city of the first class, the chief or head of the police department.

§ 6106. Firearms not to be carried without a license.
* * *

SESSION OF 1988        Act 1988-158        1277

(b) Exceptions.—The provisions of subsection (a) shall not apply to:
* * *
(4) [The members of any organization incorporated under the laws of this Commonwealth,] Any persons engaged in target shooting with rifle, pistol, or revolver, if such [members] persons are at or are going to or from their places of assembly or target practice and if, while going to or from their places of assembly or target practice, the cartridges or shells are carried in a separate container and the rifle, pistol or revolver is unloaded.
* * *

(c) [Registration required in connection with field or stream exemptions.—Before any exemption shall be granted under subsection (b)(9) or (b)(10) to any person licensed to hunt, take furbearers or fish or who desires to train dogs, such person shall at the time of securing his hunting, furtaking or fishing license or any time after any such license has been issued, register with the county treasurer the make of the firearm he desires to carry, and the caliber and number thereof, on a blank to be furnished by the Pennsylvania State Police. The original registration shall be delivered to the person registering such firearm, and a copy thereof shall be forwarded by the county treasurer to the Commissioner of the Pennsylvania State Police. As of January 1, 1972, the county treasurer shall be entitled to collect a fee of 50 cents for each such registration of a firearm which fee shall be paid to the county. The registration of a firearm, as provided in this subsection, shall be good only for the year for which the hunting, furtaking or fishing license in connection with which it is granted, is issued.] Sportsman's firearm permit.—

(1) Before any exception shall be granted under paragraph (b)(9) or (10) of this section to any person 18 years of age or older licensed to hunt, trap or fish or who has been issued a permit relating to hunting dogs, such person shall, at the time of securing his hunting, furtaking or fishing license or any time after such license has been issued, secure a sportsman's firearm permit from the county treasurer. The sportsman's firearm permit shall be issued immediately and be valid throughout this Commonwealth for a period of five years from the date of issue for any legal firearm, when carried in conjunction with a valid hunting, furtaking or fishing license or permit relating to hunting dogs. The sportsman's firearm permit shall be in triplicate on a form to be furnished by the Pennsylvania State Police. The original permit shall be delivered to the person, and the first copy thereof, within seven days, shall be forwarded to the Commissioner of the Pennsylvania State Police by the county treasurer. The second copy shall be retained by the county treasurer for a period of two years from the date of expiration. The county treasurer shall be entitled to collect a fee of not more than $6 for each such permit issued, which shall include the cost of any official form. The Pennsylvania State Police may recover from the county treasurer the cost of any such form, but may not charge more than $1 for each official permit form furnished to the county treasurer.

(2) Any person who sells or attempts to sell a sportsman's firearm permit for a fee in excess of that amount fixed under this subsection commits a summary offense.