*Original Sent 1-8-04 DBL*

In The Court of Common Pleas
Erie County, Pennsylvania

Commonwealth of Pennsylvania

v.                                     Emanating from case #696 of 1989
                                       Erie County Pennsylvania

Douglas Burton Leuschen

## Notice of Appeal

Notice is hereby given that Douglas Burton Leuschen, defendant, pro-se, hereby appeals to the Superior Court from the order entered in this matter on the 17th day of December 2003. Defendant requested a copy of the case dockett and as of December 31, 2003 when copy was made, there has been no entry of the order of December 17, 2003 entered, therefore he regretfully submits this notice of appeal without a copy of the dockett entry to prevent prejudice to his appeal rights.

Douglas Burton Leuschen #107035
Allegheny County Jail
950 Second Ave
Pittsburgh, Pa. 15219
1-8-04

Exhibit #11                                                          193