IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
                         ) Criminal No. 02-163
       v.                )
                         ) (18 U.S.C.§§922(g)(1) &
DOUGLAS B. LEUSCHEN      )  924(a)(2))

INDICTMENT

The grand jury charges:

On or about July 16, 2002, in the Western District of Pennsylvania, the defendant, DOUGLAS B. LEUSCHEN, after having been convicted on September 21, 1989, at Docket Number 696 of 1989 in the Court of Common Pleas of Erie County, Pennsylvania, of the crime of carrying a firearm without a license, which is a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, the following firearms:

1. Fabrique Nationale D'Armes De Guerre, .32 caliber semi-automatic pistol, bearing serial number 118165;

2. Remington brand, Model 33, .22 caliber rifle, bearing serial number 211060;

3. Marlin brand, Model 782, .22 caliber rifle, bearing serial number 13707519;

4. Remington brand, Model 870 12-gauge shotgun, bearing serial number A036557M;

5. Savage brand, Model 110E, .270 caliber rifle, bearing serial number E869002; and

6. Remington brand, Model 760 .308 caliber rifle, bearing serial number 7456309.

Exhibit #13 (A)   APPENDIX 31

Exhibit #

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A True Bill,

_____
Foreperson

*Mary Beth Buchanan*
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254

APPENDIX 32

Exhibit #13(B)

201