## Affidavit

I, Duane Leuschen state that on February 25, 1989, Saturday Douglas Leuschen's car was brought to my residence from the Pennsylvania State Police Barracks by Dale Leuschen. The blue Toyota hatchback was full of hunting, camping, and fishing gear among which were Redfield sight-in targets and an orange knit hunting cap.

I so state this in accordance with law under penalty of perjury pursuant to 18 Pa.C.S., Section 4904, and 28 U.S.C. Section 1746.

Signed By: [signature]

Date: 8-6-05

Exhibit #15 (A)

234

Originals
Sent 8-2-05
cc: Sam

Douglas Leuathen # 07475068
F.C.I. McKean
P.O. Box 8000
Bradford, Pa. 16701

Deane

I know you gave me a notarized statement to this affect some time ago but I cannot access it. Would you please fill out and sign this affidavit for me it might help me to win my case on appeal. Maybe Sam can notarize it!

Doug

8-2-05

Exhibit #15 (B)

235