Title 18 Pa. C.S., Section 6106 (1989)

    As amended by Act No. 158 December 19, 1988

(b) Exceptions – The provisions of subsection (a) shall not apply to:

    (4) Any person engaged in target shooting with rifle, pistol, or revolver, if such persons are at or are going to or from their places of assembly or target practice and if, while going to or from their places of assembly or target practice, the cartridges or shells are carried in a separate container and the rifle, pistol, or revolver, is unloaded.

(c)

    (1) . . . . "The sportsman's firearm permit shall be issued immediately and be valid throughout this Commonwealth for a period of five years from the date of issue for any legal firearm, when carried in conjunction with a valid hunting, fur taking, or fishing license or permit related to hunting dogs" . . . .

Title 34 Pa. C.S., Section 2923

              Disabled Persons Permits

(a) Use of a vehicle as a blind . . .

    (2) Unless further restricted by commission regulation, a permit to hunt from a stationary vehicle maybe issued to a person who qualified for a hunting license pursuant to Chapter 27 and presents an affidavit and doctor's certificate stating the applicant is unable to walk 25 yards off the roadway due to a temporary injury or condition" . . . . .

Exhibit #16

-7-

236