

IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 505 WAL 2004
:
Respondent   :
:   Petition for Allowance of Appeal from the
:   Order of the Superior Court
v.   :
:
:
DOUGLAS BURTON LEUSCHEN,   :
:
Petitioner   :

### ORDER

**PER CURIAM**

**AND NOW,** this 28th day of March, 2005, the Petition for Allowance of Appeal is hereby DENIED.

A True Copy John A. Vaskov
As of: March 28, 2005
Attest: /s/ John A. Vaskov
Deputy Prothonotary
Supreme Court of Pennsylvania

Exhibit #17

237