Filed
9-15-05
[initials]

SF 95 (face)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and ZIP Code) |
|---|---|
| NORTHEAST REGION REGIONAL OFFICE U.S. CUSTOMS HOUSE 7TH FLOOR 2ND ST & CHESTNUT ST. PHILADELPHIA, Pa. 19106 | DOUGLAS B. LEUSCHEN #07475068 F.C.I. McKEAN P.O. BOX 8000 BRADFORD Pa. 16701 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 5/31/49 | S | JAN 23, ~~2007~~ 2005 | ~~........~~ 3:05 PM |

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.) OBSTRUCTION IN ACCESS TO COURTS  WITHHOLDING OF LEGAL MAIL, COURT ORDER ISSUED, JUNE 29, 2004, 7 MONTHS, UNTIL JAN 23, 2005. (SEE ATTACHED PAGES)

9.                                    PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and ZIP Code)

DOUGLAS B. LEUSCHEN, F.C.I. McKEAN, P.O. BOX 8000, BRADFORD, Pa. 16701

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on the reverse side.) COURT CASE COMPROMISED AND WITHHOLDING OF COURT ORDER LED TO NEEDLESS WORK, FILINGS, EXPENSES IN POSTAGE & COPIES (SEE ATTACHED) PAGES

10.                          PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT. CASE #215 WDA 2004 WAS PREJUDICED BY COURT ORDER DENYING BRIEF FILED, IN ERROR. LEADING TO COURT DECISION MADE WITHOUT INPUT OF ISSUES RAISED IN BRIEF FILED JUNE 17, 2004 AND SUBSEQUENT LITIGATION (SEE ATTACHED PAGES)

11.                                 WITNESSES

| NAME | ADDRESS (Number, street, city, State, and ZIP Code |
|---|---|
| CHARLES McCULLOUGH | #11742-040 |

12. (See instructions on reverse)          AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $367.51 | $4750.00 | | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone Number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| (Douglas Burton Leuschen  plaintiff, pro-se) | | 9-6-05 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

(This form may be replicated via WP)  Exhibit #18(A) -1-

INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?  ☐ Yes, if yes, give the name and address of insurance company (Number, street, city, State, and ZIP Code) and policy number.  ☒ No

N/A

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

NO

17. If deductible, state amount

N/A

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim?  (It is necessary that you ascertain these facts)

N/A

19. Do you carry public liability and property damage insurance?  ☐ Yes, if yes, give name and address of insurance carrier (Number, street, city, State, and ZIP Code)  ☒ No

N/A

SF 95 (Rev. 7-85) BACK

Exhibit #18(B)                    -2-                              239



Tort Claim

On June 29, 2004, the Pennsylvania Superior Court issued a court order denying a brief I timely filed. This court order was not recieved until Jan. 23, 2005, 7 months later.

As a result of F.C.I. McKean withholding legal mail I have incurred losses which I seek compensation for. Had I recieved this court order in a timely manner I could have corrected the courts error in denying my brief and dismissal of my cause of action prejudiced by a decision in which I was unable to present my points of law.

On April 27, 2004 the Superior Court issued an order granting me an Extension of Time to file my brief by June 17, 2004, which I did. This court error in denying the brief filed on June 17, 2004, if it had been known could have been corrected.

The Superior Court order was posted June 29, 2004, and recieved by F.C.I. McKean (I.S.O. B. Howard) on July 12, 2004. Mr Watson Counselor of unit CB delivered it to me on Jan 23, 2005, and witnessed by several inmates.

Exhibit # 18 (c)        -3-        240

Unknown to me until Jan 23, 2005, I was filing and litigating this action incurring expenses in postage, legal supplies, copies and considerable time. I filed an Amended brief, amended pages, and then another amended brief in Superior Court. If the court had upheld their denying my brief I would not have incurred the expenses of amending and filing. If the court had reversed their order denying my brief my filings and points of law would have recieved consideration in Superior Court and also when appealed in Pennsylvania Supreme Court. The case is now in Federal District court asserting violations of due process in obstruction of court access.

I have with due diligence attempted to resolve this with F.C.I. McKean Warden James Sherman in February 2005, who referred me to Lt Chaido. Lt Chaido did not provide resolve, alleging he did not have time because of: lockdown, vacation, to busy, and lack of opportunity until May of 2005. When Lt Chaido emplied he would make a decision but I probably wouldn't like his decision, I asked Mr Morells about what I should do. I was

Exhibit 18 (D)          -4-                    241

advised to initiate a Tort Claim. I prepared
and drafted my claim, collected receipts, and
made copies of documents for filing.

On June 11, 2005, my legal files were
stolen from in front of the chow hall and my
receipts and documents lost. I have filed
notice with the Captain at F.C.I. McKean on the
theft & requested video camera review for specific
time frame, but review was inconclusive. This
theft was also recorded in Federal District court
on case #05-157 Erie, and with U.S. Congress
legislature assistant Jim Thompson

Enclosed is a reconstruction of the losses
based on facts, number of copies filed, cost
of copies at F.C.I. McKean @ $.15/page, and
postage through but not including my Habeas
Corpus Section 2254 filed to resolve this cause
of action. I believe had the merits and points
of law been considered in Superior Court this case
would have been overturned or appealed with
the opportunity to have meaningful review in
the State Supreme Court.

Douglas B. Auschen #07475068
F.C.I. McKean
P.O. Box 8000
Bradford, Pa 16701

Exhibit # 18 (E)          -5-          9-6-05          242

Superior Court

Itemized Costs

Case # 215 WDA 2004 Super
# 05-157 E   Fed Dist.

All documents filed in Superior Court required
8 copies + one original, plus one copy to be time stamped
and returned to me ; one copy each to Pa. Atty General,
Erie County D.A., and Judge. One copy was made
and retained, to prevent default should my time stamped
copy or courts mailing be lost. All totalled 14 copies
were made of each filed document.

1. Brief filed June 17, 2004
    (43 pages) x (#.15/page) x (14 copies) — $ 90.13
    Postage   9 copies + envelope   (4 lbs 10 oz) $ 5.85
    Postage   1 copy + envelope = #1.98  x 3 mailings) $ 5.94

2. Amended Brief Pages) (11 pages) filed July 14, 2004
    (11 pages) x (#.15/page) x (14 copies) $ 23.10
    Postage   9 copies + envelope   12.6 oz $ 3.13
    Postage   1 copy + envelope   1.4 oz (@ #.60) x 3  = 1.80

3. Amended Brief filed July 22, 2004
    (44 pages) x (#.15/page) x (14 copies) $ 92.40
    Postage (9 copies + envelope)  (4 lbs 10 oz) $ 5.85
    Postage   1 copy + envelope #1.98 x 3 mailings) 5.94

                Superior Court filing cost Total   $ 234.14

Exhibit #18 (F)                    -6-                    -243-

Pa. Supreme Court

Computation of Costs — Filing in Pa. Supreme Court case # 505 WAL 2004

1. Petition For Allowance of Appeal (13 pages total document)
   11 pages plus affidavit and Certificate of Service
   Service upon
   
   A. Prothonotary  15 copies plus one for time stamp return = 16 copies
       16 copies × 13 pages × $.15/copy =                    $ 31.20
   B. Erie District Atty (1 × 13 × .15) =                     $  1.95
   C. Pa. Atty General (1 × 13 × .15) =                       $  1.95
   Postage A = 5 stamps), B & C 2 stamps each Postage  Total 9 × .37    3.35
                                              Total cost    $ 38.45

2. Supplement  6 pages total (4 pages + affidavit + Certificate of Service)
   Service Upon
   
   A. Prothonotary  15 copies plus one time stamped return
       (16 copies total × 6 pages × .15/page) =              $ 14.40
   B. Erie D.A.  one copy  (1 × 6 × .15) =                    $   .90
   C. Pa. Atty General  one copy (1 × 6 × .15) =              $   .90
   Postage A = 5 stamps, B & C 1 stamp each (7 stamps) =      $  2.59
                                              Total cost      $ 18.79

3. Reply to District Attorney's Response
   7 pages total (5 pages + affidavit + certificate of Service)
   Service Upon
   
   A. Prothonotary 16 copies × 7 × .15/page =                 $ 16.80
   B. Erie D.A.  (1 × 7 × .15) =                                 1.05
   C. Pa. Atty General                                           1.05
   Postage A = 2 stamps, B & C = 1 stamps each (4 stamps total)   1.48
                                              Total cost # 20.38   -244-

Exhibit # 18 (G)                    -7-

Supreme Court

Total Costs of Filing in Pa. Supreme Court case # 505 WAL 2004

1. Petition For Allowance of Appeal
                    Total cost                    $38.45

2. Supplement
                    Total Cost                    $18.79

3. Reply
                    Total Cost                    $20.38
                                                   $77.62

Exhibit #18 (H)          -8-                              245

Federal District Court

Computation of Costs Filing in Federal District Court case # 05-157 E

1. Petition For Writ of Habeas Corpus Section 2254 case # 05-157 E

22 pages, plus affidavit, plus Certificate of Service   24 pages total

Service Upon:

A Clerk of Court   3 copies (2 + 1 time stamped return)

(3 copies × 24 pages × .15/page) =        $ 10.80

B. Erie D.A.    one copy (1 × 24 × .15) =        $ 3.60

C. Pa. Atty General one copy (1 × 24 × .15) =        $ 3.60

D Pa Governor    one copy (1 × 24 × .15) =        $ 3.60

E. Warden F.C.I. M$^c$Kean one copy (1 × 24 × .15)   $ 3.60

Postage A = 7 stamps), B, C, D, & E  3 stamps each (19 stamps)   $ 7.03

Total   $ 32.23

2. Motion To Proceed In Forma Pauperis  4 pages total

2 pages plus affidavit, plus Certificate of Service

Service Upon:

A. Clerk of Court  (3 copies × 4 page × .15/page) =        $ 1.80

B. Erie D.A.    (one copy × 4 × .15) =        $ .60

C. Pa Atty General (one copy × 4 × .15) =        $ .60

D. Pa Governor    (one copy × 4 × .15) =        $ .60

E. Warden F.C.I. M$^c$Kean (one copy × 4 × .15) =    $ .60

Postage A = 2 stamps), B, C, D, E one stamp each (6 stamps)   $ 2.22

Total   $ 6.42

Exhibit # 18 (I)

-9-

*Federal District Court*

*Computation of Costs Filing in Federal District Court case # 05-157E*

3. Motion For Production of Records) 7 pages) total
   (5 pages plus affidavit, plus Certificate of Service)
   Service Upon :
   A. Clerk of Court    3 copies × 7 pages × .15/page         $ 3.15
   B. Erie D.A.    one copy ( 1 × 7 × .15 ) =                  $ 1.05
   C. Pa. Atty General  one copy ( 1 × 7 × .15 ) =             $ 1.05
   D. Pa. Governor    one copy ( 1 × 7 × .15 ) =               $ 1.05
   E. Warden F.C.I. McKean  one copy (1 × 7 × .15) =           $ 1.05
   Postage A = 3 stamps), B,C,D,E  2 stamps) each = 11 stamps  4.07
                                                               $ 11.42

4. Motion For Reconsideration To Proceed In Forma Pauperis
   7 pages total    (5 pages, plus affidavit, plus Certificate of Service
   Service Upon :
   A. Clerk of Court (3 copies × 7 × .15/page) =              $ 3.15
   B. Erie D.A.
   C. Pa. Atty General
   D. Warden F.C.I. McKean (one copy × 7 × .15) =              1.05
   Postage A = 3 stamps), D one stamp)    (4 stamps)          1.48
                                                              $ 5.68

Totals  Petition for Writ  $ 32.23
        Motion to Proceed I.F.P.  $ 6.42
        Production of Records)  $ 11.42
        Reconsideration I.F.P.  5.68
   Exhibit # 18 (J)        Fed Dist Court Costs Total    $ 55.75

Federal District Court

Total Incurred Costs in Court case, defaulted,
to date on Superior Court case #215 WDA 2004
because of undelivered court order issued June 29, 2004
posted in F.C.I. Mailroom log on July 12, 2004, and
delivered 7 months later Jan 23, 2005.

1. Superior Court    (# 215 WDA 2004)        $ 234.14

2. Pa Supreme Court (# 505 WAL 2004 )      $ 77.62

3. Federal District Court (# 05-157 E )      $ 55.75

                                    Total      $ 367.51


Douglas B. Faucher #07475068
F.C.I. McKean
P.O. Box 8000
Bradford, Pa 16701
9-6-05

Exhibit #18 (K)

-11-

248

# Affidavit

I, Douglas B Leuschen plaintiff, pro-se, do hereby certify that the foregoing Tort Claim, Itemized Costs and Waiver + Stipulation of Facts is true and accurate to the best of my knowledge information and belief and do so in accordance with 18 U.S.C., Section 1746.

Douglas B Leuschen #07475068
9-6-05

Exhibit #18 (L)

-12-

249




# The Superior Court of Pennsylvania
## Office of the Prothonotary

600 GRANT BUILDING
310 GRANT STREET
PITTSBURGH, PENNSYLVANIA 15219

DAVID A. SZEWCZAK, ESQUIRE
　PROTHONOTARY

(412) 565-7592
FAX: (412) 565-7711
WEBSITE: www.superior.pacourts.us

ELEANOR R. VALECKO
　DEPUTY PROTHONOTARY

April 27 2004,

Mr. Douglas B. Leuschen
07475068/FCI Mckean
PO Box 8000
Bradford, PA 16701

**IN RE: COMMONWEALTH OF PA V. DOUGLAS B. LEUSCHEN**
<u>No. 215 WDA 2004</u>

Dear Mr. Leuschen:

The Court has entered the following Order on your Petition for Extension of Time in the above-captioned matter:

## **"ORDER OF COURT**

Upon Consideration of the Petition for Extension of Time to file Brief for Appellant, the Petition is hereby GRANTED. The Brief for Appellant is due on or before June 17, 2004.

DATE: April 27, 2004                    PER CURIAM"

Very truly yours,

*Eleanor R. Valecko*

DEPUTY PROTHONOTARY

ERV/gjm
cc: Bradley H. Foulk, Esquire

*Exhibit #18 (M)*

-13-

250





# The Superior Court of Pennsylvania
## Office of the Prothonotary

GRANT BUILDING
310 GRANT STREET, SUITE 600
PITTSBURGH, PA 15219-2297

DAVID A. SZEWCZAK, ESQUIRE
PROTHONOTARY

(412) 565-7592
FAX: (412) 565-7711
WEBSITE: www.superior.pacourts.us

ELEANOR R. VALECKO
DEPUTY PROTHONOTARY

June 29, 2004

Mr. Douglas Burton Leuschen
07475068/F.C.I. McKean
P.O. Box 8000
Bradford, PA 16701

In Re:  COMMONWEALTH OF PENNSYLVANIA  -v-  DOUGLAS BURTON
        LEUSCHEN,  Appellant
        **No. 215 W.D.A. 2004**

Dear Mr. Leuschen:

    The Court has entered the following Order on the Motion to File and Accept Nonconforming Brief, filed by appellant in reference to the above-captioned matter:

### "ORDER OF COURT

    In that the appellee Commonwealth of Pennsylvania filed an appellee's brief on June 1, 2004, appellant Leuschen's June 22, 2004 "motion to file and accept nonconforming brief pursuant to Pa.R.A.P. 124 (b)"-in which appellant desires to substitute a new appellant's brief for the appellant's brief filed on April 30, 2004 – is **DENIED.**

**June 29, 2004**                                    **PER CURIAM"**

                                                Very truly yours,

                                                *Eleanor R. Valecko*

                                                Eleanor R. Valecko
                                                **DEPUTY PROTHONOTARY**

ERV/tdt
Cc:  Bradley H. Foulk, Esquire
     Honorable Shad F. Connelly

*Exhibit #18 (N)*                -14-

251



SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT

JOHN A. VASKOV, ESQUIRE
DEPUTY PROTHONOTARY

PATRICIA A. NICOLA
CHIEF CLERK

July 21, 2005

801 CITY-COUNTY BUILDING
PITTSBURGH, PA 15219-2463
(412) 565-2816
www.aopc.org

Mr. Douglas B. Leuschen
FCI McKean
PO Box 8000
Bradford, PA 16701

Re:    Commonwealth of Pennsylvania, Respondent v. Douglas Burton Leuschen,
       Petitioner
       505 WAL 2004

Dear Mr. Leuschen:

        We are in receipt of your correspondence requesting a copy of the filing for the above-reference case.

        Please be advised, we require a fee of $1.00 per page. Your Petition for Allowance of Appeal is 13 pages and the No Brief in Opposition Letter is 1 page. Therefore, once we are in receipt of a check for $14.00, we will forward the copies to you.

                        Very truly yours,


                        Office of the Prothonotary

Exhibit #18 (0)                -15-                                    252

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr Watson  CB Counselor | 1-27-05 |
| FROM: Douglas Leuschen | REGISTER NO.: 07475068 |
| WORK ASSIGNMENT: EDuc. | UNIT: CB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

On Sunday @ 3:05 PM 1-24-05 you gave me a mail package from Superior Court. The Package was posted June 28, 2004 which contained a Pa. Superior Court Order and returned copies of a Brief I filed. I am requesting your signature and date of delivery or some other proof that I did not recieve this package until 1-24-05, seven months after posting, so I may make appeal to the court. This legal mail has deprived me of the opportunity to address a wrongful denial of my submitted Brief due to its untimely delivery.

Thank You for your assistance.

Douglas B Leuschen

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

Exhibit #18 (P)

-16-

253

<u>Affidavit</u>        ref case # Super) 215 WDA 2004
                        Supreme ct # 505 WAL 2004

To Whom it may concern;

    On Sunday Jan. 23, 2005 at @ 3:05 PM
I saw inmate Leuschen reserve a postal
package from Mr. Watson, CB Counselor, the postal
package was from Pennsylvania Superior Court containing
a court order dated June 29, 2004, and copies of
his Brief.

    I do hereby certify under penalty of law that
the foregoing is true and accurate to the best of my
knowledge, information and belief, and do so in
accordance with Title 18, Pa. C. S., Section 4904
and 28 U.S.C., Section 1746

                Charles McCullough # 11742-040
                1-27-05

Exhibit #18 (Q)

254

## Affidavit

I, Douglas B. Leuschen, Appellant, pro-se, in case # 505 WAL 2004 in Pennsylvania Supreme Court do hereby state under penalty of law the the Superior Court Order and appellant's Briefs returned to Appellant, posted June 29, 2004, were delivered 7 months late on January 23 at @ 3:05 PM, by C.B. Unit Counselor Mr. Watson at Federal Correctional Facility McKean, Bradford Pennsylvania. I inquired at F.C.I. McKean mailroom and with the U.S. Post Office in an attempt to locate the lost mail once it became known without success.

I do so state this in accordance with 18 Pa. C.S. Section 4904 and 28 U.S.C., Section 1746

Douglas B. Leuschen
2-1-05

Exhibit # 18 (R)

-18-

255