In The United States District Court
For The Western District of Pennsylvania

Douglas Burton Leuschen

v.                                              Case # 05-157 E

United States of America, et al.


## Motion To Compel Access To The Court

    Comes now the petitioner, Douglas Burton Leuschen, pro-se, before the honorable court and files "Motion to Compel Access to the court" and so states his causes herein, in the above styled case:

Douglas Burton Leuschen #07475068
F.C.I. McKean  D.H.U.
P.O. Box 8000
Bradford Pa 16701
1-1-06

1. Petitioner currently has a case pending before this court, Habeas Corpus Section 2254, case # 05-157E.

2. Petitioner is now in Detention Housing Unit F.C.I. McKean after being attacked by another inmate and expects to be held for several months.

3. Petitioner has previously been in the hole, being falsely accused of fighting, but was in an altercation after being celled with an inmate who had a long history of attacking and assaulting other inmates in the hole. Petitioner believes this to have been intentional and negligent.

4. Petitioner is adjudicated totally disabled by the Veterans Administration and a Vietnam Era Disabled Veteran.

5. Petitioner requests the honorable court to compel the Bureau of Prisons F.C.I. McKean to provide him with lined white paper, copy service caselaw, and statutes, pens and or pencils adapted to severely arthritic inmate, and his legal files and documents necessary to maintain his court actions.

6. Petitioner currently has 4 active cases in court and a tort claim for obstruction of access to Pa. Superior and Supreme Court, which is now before this court in part as case #05-157E.

## Affidavit

I, Douglas Burton Leuschen, petitioner, pro-se, do hereby certify that the foregoing is true, accurate and correct to the best of my knowledge, information, and belief, and so state in accordance with 28 U.S.C., Section 1746.

Douglas Burton Leuschen #07475068
F.C.I. McKean D.H.U.
P.O. Box 8000
Bradford, Pa. 16701
1-1-06

## Certificate of Service

I, Douglas Burton Leuschen, do hereby certify that a true copy has been sent to the United States District Court for the Western District of Pennsylvania Erie, but to no other parties as the parties names and addresses are currently unavailable to me as is copy service, on this 1st day of January 2006, and so state in accordance with 28 U.S.C., § 1746.

Douglas Burton Leuschen #07475068
F.C.I. McKean D.H.U.
P.O. Box 8000
Bradford, Pa. 16701
1-1-06

To: United States District Court Clerk

    Please find enclosed a Motion to Compel Access To The Court. I have been placed in the Detention Housing Unit and do not have access to copy service or necessary supplies including the addresses to the parties in my case. Can you please file this for me and return me a time stamped copy for my records. Hopefully this Motion will compel F.C.I. McKean to provide me with the necessary legal records and supplies to comply with the courts rules in litigating this case in the future.
    Thank you for your time and assistance

                      Respectfully

                      Douglas Burton Leuschen #07475068

Would you please send me any literature or court rules for filing in an Article I court, Constitutional Court, and your green file.

1-1-06