# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Douglas B. Leuschen )
)
)
Plaintiff )
vs. )   No.   CA 05-157 Erie
Commonwealth of PA, et al )
)
)
Defendants )

HEARING ON   February 1, 2006   Motion Hearing

Before   U. S. Magistrate Judge Susan Paradise Baxter

Douglas B. Leuschen, pro se        Lisa Ferrick, Esq., Erie Co. DA's Office

Appear for Plaintiff              Appear for Defendant

Hearing Begun 10:07               Hearing Adjourned to 10:18

Hearing concluded C.A.V.          Stenographer Ron Bench
                                  CD:        Index:

WITNESSES

For Plaintiff                     For Defendant

Motion to compel [Document #15] is dismissed as unnecessary because no further briefing is required.

*(signature)*
Law Clerk