Federal Correctional Institution McKean
Name: [signature] Joshua Burton Fowler
Reg. #: 07450-068
P.O. Box 8000
Bradford, PA 16701

The enclosed letter was processed thr[ough] for forwarding to you. The letter has [not been] inspected. If the writer raises a quest[ion or problem over which] this facility has jurisdiction, you may w[ish to return the material for further information or clarification.] for further information or clarification. [If the writer encloses] correspondence for forwarding to ano[ther addressee, please return] the enclosure to the above address.

FEDERAL CORRECTIONAL IN[STITUTION]
P.O. BOX 5000, BRADFORD,
DATE: 09-7-0-

[Postmark:] 07 SEP 2006 PM 2 T    ERIE PA 165

Clerk of Federal District Court
227 U.S. Courthouse
P.O. Box 1820
Erie, Pa. 16507

16507+0820

RECEIVED
SEP - 8 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

EDINBORO UNIVERSITY
SESQUICENTE[NNIAL]
1857-200[7]
FIRST CLASS