Federal Correctional Institution McKean
P.O. Box 8000
Bradford, Pa. 16701

Legal Mail !

FEDERAL CORRECTIONAL INSTITUT[ION]
P.O. BOX 5000, BRADFORD, PA 1[6701]
DATE __09-__-06__
The enclosed letter was processed through for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Clerk of Federal District Court Erie.
227 U.S. Courthouse
P.O. Box 1820
Erie, Pa. 16507

Legal Mail !

RECEIVED
SEP 11 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



2.79