IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOUGLAS B. LEUSCHEN, )
       Petitioner, )
)   Civil Action No. 05-157 Erie
v. )
)
COMMONWEALTH OF PENNSYLVANIA, )
)
       Respondent. )

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on May 20, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 18], filed on August 23, 2006, recommended that Petitioner's Petition be dismissed as untimely and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. Objections were filed by Petitioner on September 11, 2006 [Doc. No. 20]. After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 12th day of September, 2006;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DISMISSED as untimely and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 18] of Magistrate Judge Baxter, filed on August 23, 2006, is adopted as the opinion of the Court.

                    s/ Sean J. McLaughlin
                    United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge