In The United States District Court
For The Western District of Pennsylvania
Erie

Douglas Burton Leuschen

v.                                                          Case # 05-157 E

Commonwealth of Pennsylvania

Notice of Appeal To United States
Court of Appeals for the Third Circuit

Notice is hereby given that Douglas Burton Leuschen, Sui Juris, In Propria Persona, Sovereign state citizen, pro-se in the above named case hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment Order dismissing, as untimely filed, certificate of appealability in his Petition for Writ of Habeas Corpus Section 2254, entered by Sean J. McLaughlin on Sept 12, 2006.

Douglas Burton Leuschen    # 07475068
F.C.I. McKean, P.O. Box 8000
Bradford, Pa. 16701
Oct 6, 2006.

## Proof Of Service

I, Douglas Burton Leuschen do hereby certify a true copy of Notice of Appeal has been sent by first class mail this 6TH day of October 2006, to the following parties:

1. Clerk of Federal District Court W.D. Pa.
   U.S. Courthouse
   17 South Park Row
   Erie, Pa. 16501

2. Erie County District Attorney
   Bradley Foulk
   140 W. 6TH St
   Erie, Pa. 16501

3. Judge Sean J. McLaughlin
   U.S. Courthouse
   17 South Park Row  A250
   Erie, Pa. 16501

Douglas Burton Leuschen 07475068
F.C.I. McKean, P.O. Box 8000
Bradford, Pa. 16701
Oct 6, 2006

Douglas Burton Leuschen 07475068
F.C.I. McKean
P.O. Box 8000
Bradford, Pa 16701

10-6-06

Ref Case # 05-157 E

To: Clerk Fed. Dist Court Erie

Please find enclosed my Notice of Appeal and copy for your time stamp and return for my records. Thank you for your time and assistance.

Douglas Burton Leuschen #07475068
Oct 6, 2006