Federal Correctional Institution McKean
Name: [signature]
Reg.#: 07475-068
P.O. Box 8000
Bradford, PA 16701

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

DATE 10-10-06

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000, BRADFORD, PA 16701

ERIE PA 165
10 OCT 2006 PM 2 T

Clerk Fed Dist Court
U.S. Courthouse
17 S. Parks Row
Erie, Pa. 16501



RECEIVED
OCT 11 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA