FPS-041                                                                                          DATE: November 3, 2006

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-4423

Leuschen v. Comm PA
(D.C. No. 05-cv-157E)

To:  Clerk

1)   Application to Proceed In Forma Pauperis

---

    The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

                    For the Court,

                    /s/Marcia M. Waldron
                    Clerk

Dated: November 7, 2006
CRG/cc: Mr. Douglas Burton Leuschen
       Lisa R. Ferrick, Esq.