BLD-183                                                                                              March 29, 2007

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
C.A. No. **06-4423**

DOUGLAS BURTON LEUSCHEN

    vs.

COMMONWEALTH OF PA
(W.D. PA. CIV. NO. 05-cv-00157E)

    Present:  MCKEE, FUENTES and WEIS , <u>CIRCUIT JUDGES</u>

    Submitted are:

(1)      Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

(2)      Appellant's Motion to Compel Access to the Court;

(3)      Appellant's Motion for Stay of Proceedings; and

(4)      Appellant's document titled "Notice of Change in Status" supplementing the Motion to Compel Access to the Court

in the above-captioned case.

                                                                  Respectfully,

                                                                  Clerk

_____ORDER_____

    The foregoing request for a certificate of appealability is **DENIED**.  For the reasons explained by the District Court, Appellant's petition was not timely filed. Reasonable jurists would not find it debatable whether the district court was correct in this procedural ruling.  <u>Slack v. McDaniel</u>, 529 U.S. 473, 483-84 (2000).  Appellant's "Motion to Compel[] Access to the Court" and "Motion for Stay of Proceedings" are

denied. The Clerk is directed to forward this Order to Appellant at his FCI-McKean address and his Strattanville address.

                 By the Court,

                 s/WEIS
                 United States Circuit Judge

Dated: April 18, 2007
CRG/cc: Mr. Douglas Burton Leuschen
       Lisa R. Ferrick, Esq.

A True Copy:

Marcia M. Waldron, Clerk