UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.  
CLERK OF COURT  
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

December 4, 2007

Erie County Courthouse
Clerk of Court
140 West 6th Street
Erie, PA 16501

Re: COMMONWEALTH v LEUSCHEN
Civil Action No. Our case number 1:05-CV-157
Erie number- 696 of 1989

Dear Sir/Madam:

I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

Please receipt for these records on the enclosed copy of this letter.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
Jennifer L. Dash
Deputy Clerk

Enclosures